*E-Filed: September 13, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN TAPIA and MARIA DEL CARMEN VARGAS,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>LNS JANITORIAL LLC, PEDRO AYALA and ALFONSO ARRELLANO dba CLEAN VIEW JANITORIAL SERVICE<br><br>　　　Defendants. | Case No.: **CV13-02697 HRL**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-2(d)** |

BASED ON PLAINTIFF'S MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**October 29, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**November 12, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

4

- ~~Last Day to File Magistrate Consent Form~~

  ~~November 17, 2013~~  November 19, 2013

- Initial Case Management Conference in Courtroom 2, 5th Floor, San Jose Courthouse at 1:30pm.

IT IS SO ORDERED

DATED:     9/11/13                    By: _____
                                          Hon. Howard R. Lloyd
                                          United States Magistrate Judge