*E-Filed: March 5, 2014*

TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
PHUNG H. TRUONG, Bar No. 287687
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com
Phung@JAWLawGroup.com

Attorneys for Plaintiffs
MARTIN TAPIA and MARIA DEL CARMEN VARGAS

Steven M. Cvitanovic (Bar No.168031)
Zachary Shine (Bar No. 271522)
HAIGHT BROWN & BONESTEEL, LLP
Attorneys for Defendants
LNS JANITORIAL LLC and PEDRO AYALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN TAPIA and MARIA DEL CARMEN VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>LNS JANITORIAL LLC, PEDRO AYALA, and ALFONSO ARELLANO dba CLEAN VIEW JANITORIAL SERVICE,<br><br>Defendants. | Case No. 13-CV-02697 HRL<br><br>**STIPULATION TO EXTEND ADR DEADLINE**<br><br><br><br>**Before the Honorable Magistrate Judge HOWARD R. LLOYD** |

TO THIS COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE:

Plaintiffs MARTIN TAPIA and MARIA DEL CARMEN VARGAS and Defendants LNS JANITORIAL LLC and PEDRO AYALA stipulate as follows:

1. This matter was referred to mediation on January 21, 2014.  Docket No. 20.  The presumptive 90-day deadline attached to that referral.

2. The parties have agreed to hold mediation on April 23, 2014, which falls after the presumptive 90-day deadline.

3. The parties agree to continue to the 90-day deadline to provide them sufficient time to attempt mediation, and jointly request that this Court grant them an additional 90 days to complete mediation.

IT IS SO STIPULATED.

Dated: March 4, 2014

//s//
Tomas E. Margain
Huy Tran
Phung H. Truong
JUSTICE AT WORK LAW GROUP
Attorneys for Plaintiffs
MARTIN TAPIA and MARIA DEL CARMEN VARGAS

Dated: March 4, 2014

//s//
Steven M. Cvitanovic
Zachary Shine
HAIGHT BROWN & BONESTEEL, LLP
Attorneys for Defendants
LNS JANITORIAL LLC and PEDRO AYALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN TAPIA and MARIA DEL CARMEN VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>LNS JANITORIAL LLC, PEDRO AYALA and ALFONSO ARELLANO dba CLEAN VIEW JANITORIAL SERVICE,<br><br>Defendants. | Case No. 13-CV-02697 HRL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE ADR DEADLINE |

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The deadline to complete ADR is continued. The parties must complete ADR on or before ~~July~~ April 23, 2014.

IT IS SO ORDERED.

Dated: March 5, 2014          By: _____
                                  Hon. Howard R. Lloyd
                                  United States Magistrate Judge